LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Eric Valenzuela, SBN 284500
evalenzuela@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

LAW OFFICE OF JESUS EDUARDO ARIAS, LLM
Jesus Eduardo Arias, SBN 293983
jearias@jesuseduardoarias.com
355 S. Grand Ave. Suite 2450
Los Angeles California 90071
Telephone: (213) 943 13330
Facsimile: (562) 463-5349

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE ZAMARRIPA-MATA,<br><br>     Plaintiff,<br><br>  vs.<br><br>CITY OF VENTURA; JASON KOHAGEN; and DOES 2-10,<br><br>     Defendants. | Case No. CV 15-08348 SJO (JPR)<br><br>*Honorable S. James Otero*<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br> **[PROPOSED ORDER]**<br>*filed concurrently herewith* |

**IT IS HEREBY STIPULATED** by and between CLEMENTE ZAMARRIPA-MATA ("Plaintiff"), and CITY OF VENTURA AND JASON KOHAGEN ("Defendants"), through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure 41 (a)(2), that this Court enter a

1  Dismissal of the entire action, case number CV 15-08348 SJO (JPR) with prejudice.
2  All parties shall bear their own costs and attorneys' fees.
3
4      **IT IS SO STIPULATED.**
5
6
7  DATED:  November 25, 2016      LAW OFFICES OF DALE K. GALIPO
8
9                                 By  /s/ *Eric Valenzuela*
                                   Eric Valenzuela Esq.
10                                 Attorneys for Plaintiff
11
12 DATED:  November 25, 2016      LAW OFFICES OF JESUS EDUARDO ARIAS
13
14                                 By  /s/ *Jesus Eduardo Arias*
                                   Jesus Eduardo Arias, Esq., LL.M.
15                                 Attorneys for Plaintiff
16
17 DATED:  November 25, 2016      CARPENTER, ROTHANS & DUMONT
18
19                                 By  /s/ *Kenneth P. Korosi*
                                   Steven J. Rothans, Esq.
20                                 Mark D. Rutter, Esq.
                                   Kenneth P. Korosi, Esq.
21                                 Attorneys for Defendants
22
23
24
25
26
27
28